[No. 6786-2-II.   Division Two.   November 3, 1983.]

*In the Matter of the Welfare of* SUE ANN
HOLLADAY, BRANDI TEREBESSY, ET AL,
*Appellants.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 81-8-00006-6, Mark F. Andrews, Jr., J. Pro Tem., entered October 13, 1982. *Affirmed* by unpublished opinion per Petrich, C.J., concurred in by Petrie and Reed, JJ.

[No. 5138-2-III.   Division Three.   November 3, 1983.]

W. E. BEEBE, ET AL, *Respondents,* v. ORVILLE
L. WASHBURN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Douglas County, No. 12455, Charles W. Cone, J., entered April 20, 1982. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Munson, C.J., and Green, J.

[No. 6000-1-II.   Division Two.   November 4, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTHONY
OLIPHANT, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 81-1-00003-5, Robert J. Bryan, J., entered October 15, 1981. *Dismissed* by unpublished opinion per Worswick, J., concurred in by Petrich, C.J., and Petrie, J.

[No. 5854-5-II.   Division Two.   November 4, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. RODOLPHO
E. HERNANDEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 80-1-00607-0, Thomas L. Lodge, J., entered August 26, 1981. *Affirmed* by unpublished opinion per Petrich, C.J., concurred in by Reed and Worswick, JJ.